Joel E. Tasca, Esq.
Nevada Bar No. 14124
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Prog Leasing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MARTIN, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>PROG LEASING, LLC, a foreign limited liability company,<br><br>       Defendants. | Case No.  2:16-cv-02956-JAD-NJK<br><br>**STIPULATION AND ORDER TO ARBITRATE AND DISMISS CASE** |

Plaintiff James Martin ("Plaintiff") and Defendant Prog Leasing, LLC ("PLL") (together, the "Parties") stipulate and agree as follows:

1.      On December 21, 2016, Plaintiff filed his complaint. (ECF No. 1.)

2.      The complaint asserts violations of the Telephone Consumer Protection Act and Intrusion Upon Seclusion arising out of alleged telephone calls made to collect on a lease issued by PLL to Plaintiff.

3.      Plaintiff's claims in this action are subject to a binding arbitration agreement (the "Arbitration Agreement") between Plaintiff and PLL contained in the lease.

///

///

///

///

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070

DMWEST #16699496 v1

4. Accordingly, the Parties agree to dismiss this matter and permit Plaintiff to submit his claims to binding arbitration pursuant to the terms of the Arbitration Agreement.

Dated: June 14, 2017.

Dated: June 14, 2017.

LAW OFFICE OF KEVIN L. HERNANDEZ

BALLARD SPAHR LLP

By:/s/ Kevin L. Hernandez
    Kevin L. Hernandez, Esq.
    Nevada Bar No. 12594
    2510 Wigwam Parkway, Suite 206
    Henderson, Nevada 89074

*Attorney for Plaintiff*

By:/s/ Holly Ann Priest
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Holly Ann Priest, Esq.
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for Prog Leasing, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE
JUDGE

DATED: _____

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070